UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:22-cv-456

| | |
|---|---|
| ALEXANDER JOYNER,<br><br>    Plaintiff,<br><br>v.<br><br>FISERV, INC. and FISERV SOLUTIONS, LLC,<br><br>    Defendants. | **JOINT NOTICE OF CONDITIONAL SETTLEMENT** |

    Plaintiff Alexander Joyner and Defendants Fiserv, Inc. and Fiserv Solutions, LLC, by and through their undersigned counsel, in compliance with this Court's Standing Orders, hereby notify the Court the parties have resolved this matter. The resolution disposes of the entire case, and the parties anticipate filing a Joint Stipulation of Dismissal by February 27, 2023.

    Accordingly, the Parties respectfully request that the Court vacate all current deadlines and court dates in this matter.

    Respectfully submitted this the 26th day of January 2023.

| | |
|---|---|
| */s/ L. Michelle Gessner*<br>L. Michelle Gessner, NCSB# 26590<br>GESSNERLAW, PLLC<br>602 East Morehead Street<br>Charlotte, NC 28202<br>Telephone: (844) 437-7637<br>Email: michelle@mgessnerlaw.com<br><br>*Attorney for Plaintiff* | */s/H. Bernard Tisdale III*<br>H. Bernard Tisdale III, NCSB# 23980<br>JACKSON LEWIS, PC<br>200 South College Street, Suite 1550<br>Charlotte, North Carolina 28202<br>Telephone: (980) 465-7238<br>Email: bernard.tisdale@jacksonlewis.com<br><br>*Attorney for Defendants* |